**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KAYLA NICOLE FITTS, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 6:26-cv-03477-MDH** |
| **JEFFREY M. MERRELL, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is Plaintiffs' Pro Se Motion to Proceed *In Forma Pauperis* (Doc. 1); Plaintiffs' Motion for Correction and Withdrawal of IFP (Doc. 3); Plaintiffs' Amended Request Concerning Filing Fee (Doc. 9); and Plaintiffs' Motion for Referral to Alternative Dispute Resolution, Mediation, or Settlement Conference (Doc. 13).

Plaintiff's Motion for Correction and Withdrawal of IFP is **GRANTED**. Given Plaintiff's failure to submit the filing fee and that this Court does not accept promissory notes or any alternative payment arrangements, Plaintiff's Pro Se Motion to Proceed *In Forma Pauperis* is **DENIED**. Plaintiffs' Amended Request Concerning Filing Fee is also **DENIED**. Plaintiff's Motion for Referral to Alternative Dispute Resolution, Mediation, or Settlement Conference is therefore **DENIED AS MOOT**.

WHEREFORE, this case in its entirety is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**
Dated: October 22, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**